THE STATE OF MONTANA ex rel. ROBERT L. DESCHAMPS III, Petitioner v. THE DISTRICT COURT of the FOURTH JUDICIAL DISTRICT of the STATE OF MONTANA in and for the COUNTY OF MISSOULA and the HONORABLE EDWARD T. DUSSAULT, Judge thereof, Defendant.

No. 12815.
Decided July 19, 1974.
527 P.2d 577.

Harold V. Dye, Deputy County Atty., Missoula, for petitioner.

Raymond P. Tipp, Missoula, for respondent.

ORDER

PER CURIAM:

537

The petition for a writ of Supervisory Control is denied.

MR. JUSTICES JOHN CONWAY HARRISON and HAS-WELL dissent.